## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARIALEX DE LOS ANGELES CUEVAS CAMACHO, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | Case No. CIV-26-981-R |
| WARDEN, | ) ) ) | |
| Respondent. | ) | |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin, the Court adopts the Report and Recommendation [Doc. No. 15], in its entirety.

For the reasons stated therein, the Petition for Writ of Habeas Corpus is DISMISSED as moot.

IT IS SO ORDERED this 22nd day of June, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE